UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HAROLD V. HOSKINS | : | |
| Petitioner | : | CIVIL ACTION NO. 3:18-1701 |
| v. | : | (JUDGE MANNION) |
| | : | |
| SUPERINTENDNET KAUFFMAN, | : | |
| Respondent | : | |
| | : | |

# ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DENIED**.

2. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. §2253(c).

3. The Clerk of Court is directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: January 19, 2021**
18-1701-01-ORDER